AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Oregon

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. 3:21-cr-00239-BR |
| BRIAN ROY SNYDER | ) |
|  | ) |
|  | ) |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* BRIAN ROY SNYDER,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Possession with Intent to Distribute Methamphetamine
Distribution of Methamphetamine

Date: 07/14/2021

s/P. Scheneman
*Issuing officer's signature*

City and State: Portland, Oregon

P. Scheneman, Deputy Clerk
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

FILED 13 JUL '21 16:13 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:21-cr-239 BR |
| v. | INDICTMENT |
| BRIAN ROY SNYDER, | 21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii); 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Defendant. | Forfeiture Allegation |

THE GRAND JURY CHARGES:

COUNT 1
(Possession with Intent to Distribute Methamphetamine)
(21 U.S.C. § 841(a)(1) and (b)(1)(A)(viii))

On or about March 8, 2021, in the District of Oregon, defendant **BRIAN ROY SNYDER**, did unlawfully and knowingly possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A)(viii).

////

////

////

**Indictment** Page 1

## COUNT 2
### (Distribution of Methamphetamine)
### (21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii))

On or about March 9, 2021, in the District of Oregon, defendant **BRIAN ROY SNYDER** did unlawfully, knowingly, and intentionally possess with the intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B)(viii).

## FORFEITURE ALLEGATION

Upon conviction of the controlled substance offenses alleged in Counts 1 and 2 of this Indictment, defendant **BRIAN ROY SNYDER,** shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including but not limited to $2839 in United States currency.

Dated: July 13, 2021

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

SCOTT ERIK ASPHAUG
Acting United States Attorney

PARAKRAM SINGH, OSB #134871
Assistant United States Attorney

**Indictment** Page 2